# APPENDIX A

### CAST OF CHARACTERS

|   |   |
|---|---|
| 🟧 | Iranian actors |
| 🟩 | MTN actors |
| 🟦 | South African actors |

| Name | Description |
|---|---|
| Aristo Oil International Services LLC | The consulting company based in Dubai that facilitated the sham consultancy agreement with Iranian Deputy Foreign Minister Javid Ghorbanoghli. |
| Aref, Hamad | Son of former Vice President of Iran, Mohammad Reza Aref, who met with MTN in June or July 2004 regarding Iran's efforts to build its defense force and procure defense materials with MTN's help. |
| Bonyad Mostazafan ("the Bonyad") | A major "charitable foundation," controlled by the Supreme Leader of Iran and run by former officials of the Iranian Ministry of Defense, that is a member of IEDC, which is the 51% partner in MTN-Irancell. |
| Charnley, Irene | Member of MTN Group's Board of Directors and MTN Group's Commercial Director of the Strategic Projects Division. |
| Dabengwa, Sifiso | Member of MTN Group's leadership, currently Chief Executive Officer of MTN and formerly Chief Operating Officer. |
| Denel (Pty) Ltd. | The largest manufacturer of defense equipment in South Africa, which produces Rooivalk helicopters. |
| East Asian Consortium, B.V. | Wholly owned subsidiary of Turkcell that made the initial bid in Iran for the second GSM license. |
| Fardis, Dr. Masoum | Member of the Iranian Ministry of Information and Communications Technology. |
| Ghorbanoghli, Javid | Iranian Deputy Foreign Minister who received a bribe from MTN and provided political support to MTN from within Iran to help MTN obtain the second GSM license. |
| Hosseinzadeh, Mousa Abolfazl | Iranian who is the managing partner of the consulting company, Aristo Oil International Services LLC, that facilitated the same consultancy agreement with Iranian Deputy Foreign Minister Javid Ghorbanoghli. |

| Name | Description |
|---|---|
| Iran Electronic Development Co. (IEDC) | An Iranian company formed by Sairan and the Bonyad that joined with MTN in partnership to receive the second GSM license. |
| Iran Electronic Industries (IEI or Sairan) | Iranian state-owned defense company that is a member of IEDC, which is the 51% partner in MTN-Irancell. IEI is on the OFAC Specially Designated Nationals List. |
| Irancell | Originally Turkcell's local Iranian partner in forming a joint venture to obtain the second GSM license; later joined with MTN to form the MTN-Irancell partnership that ultimately received the second GSM license. |
| Khamenei, Ayatollah Ali | Second Supreme Leader of Iran, ruling from June 4, 1989, and former President of Iran from 1981 to 1989. |
| Lekota, Mosiuoa Gerard Patrick "Terror" | South African Minister of Defense with whom MTN used its close political ties to assure the Iranian government that it could provide nuclear and defense support in exchange for the second GSM license. |
| Mahmoudzadeh, Dr. Ebrahim | Former Iranian Deputy Minister of Defense and President of the state-owned defense company Sairan (also known as Iran Electronic Industries or "IEI"). |
| Mbeki, President Thabo | South African President from 1999 to 2008. |
| Mbeki, Zanele | Wife of President Mbeki and friend of MTN executive Irene Charnley. |
| Minty, Abdul | South African Ambassador to the IAEA who interacted with MTN officials leading up to the South African vote at the IAEA to refer Iran to the U.N. Security Council. |
| Mokhber, Mohammed | Deputy President of the Bonyad, with a close relationship to Ayatollah Khamenei. Mr. Mokhber is listed in E.U. regulations as an individual subject to sanctions for being associated with Iran's proliferation of nuclear weapons. |
| MTN International (Mauritius) Ltd. | Wholly owned subsidiary of MTN Group. |
| Nhelko, Phuthma | Former Chief Executive Officer of MTN Group, now retired from MTN. |
| Nisbet, Robert | Former Chief Financial Officer of MTN Group, now retired from MTN. |
| Parman Ertebat | One of Turkcell's initial partners in its successful bid for the second GSM license. |
| Ramaphosa, Cyril | Chairman of MTN Group. |
| Rowhani, Hassan | Iranian nuclear negotiation chief. |

| Name | Description |
|---|---|
| Sairan (a/k/a Iran Electronic Industries or IEI) | Iranian state-owned defense company that is a member of IEDC, which is the 51% partner in MTN-Irancell. Sairan is on the OFAC Specially Designated Nationals List. |
| Saloojee, Yusuf | South African Ambassador to Iran who received a bribe from MTN and provided political support to MTN in both South Africa and Iran to help MTN obtain the second GSM license. |
| Sarraf, M.K. | Former Deputy for the Iranian Ministry of Information and Communications Technology who assisted MTN in its work within Iran to usurp Turkcell. |
| Shamkhani, Ali | Iranian Minister of Defense who worked with MTN leadership in securing assistance to procure weapons from South Africa. |
| Solan, Joseph | Director of MTN Group subsidiary, MTN Nigeria, who resides in Potomac Maryland. |
| Vafaei, A. | Vice President of Sairan who worked with MTN towards procuring weapons from South Africa. |
| Woicke, Peter | Member of MTN Board of Directors who has resided in the District of Columbia. |