# APPENDIX B

INTERNATIONAL ATOMIC ENERGY AGENCY ("IAEA") AND UNITED NATIONS SECURITY COUNCIL ("UNSC"):  SOUTH AFRICA'S POSITIONS REGARDING IRAN'S NUCLEAR PROGRAM 2004-2006

| Date | Entity | Resolution | Subject Matter | Position of South Africa | Source |
|---|---|---|---|---|---|
| June 18, 2004 | IAEA | GOV/2004/49 | Calling on Iran to refrain from uranium enrichment activities, to reconsider its decision to begin production testing, and to reconsider decision to construct a heavy water research reactor. | South Africa supported the resolution, which was adopted by consensus. | June 18, 2004 Statement of South Africa's IAEA Representative A.S. Minty on Resolution, *available at* http://www.iranwatch.org/IAEAgovdocs/sa-iaeastatement-061804.htm. |
| Sept. 18, 2004 | IAEA | GOV/2004/79 | Expressing serious concern that Iran has not suspended enrichment-related and reprocessing activities. | South Africa urged Iran to cooperate with the IAEA.  "It is South Africa's principled view that no action should be taken by this Board that may impinge on the Agency's statutory responsibility of verifying, in an impartial and unbiased manner, compliance with its safeguards agreements."  Criticized that the resolution did not explain Iran's cooperation sufficiently.  Vote in favor of resolution was unanimous. | September 18, 2004 Statement of South Africa's IAEA Representative A.S. Minty on Resolution, *available at* http://www.iranwatch.org/IAEAgovdocs/sa-iaeastatement-091804.htm.<br><br>Containing Iran, BOSTON GLOBE, Sept. 23, 2004, *available at* http://www.boston.com/news/globe/editorial_opinion/editorials/articles/2004/09/23/containing_iran/. |
| Nov. 29, 2004 | IAEA | GOV/2004/90 | Expressing continued concern at Iran's enrichment activities and urging suspension of same. | Adopted without vote. | Peter Crail, IAEA Board Welcomes EU-Iran Agreement, Nuclear Threat Initiative, Dec. 1, 2004, *available at* http://www.nti.org/analysis/articles/board-welcomes-eu-iran-agreement/. |
| Aug. 11, 2005 | IAEA | GOV/2005/64 | Urging Iran to restore the Paris Agreement conditions by re-establishing full suspension of all enrichment related activities on a voluntary basis. | Vote was unanimous. | IAEA Board Demands, Iran Halt Nuclear Fuel Processing, VOICE OF AMERICA, Aug. 11, 2005, *available at* http://www.voanews.com/english/news/a-13-IAEA-Board-Demands-Iran-Halt-Nuclear-Fuel-Processing-67539227.html. |

| Date | Entity | Resolution | Subject Matter | Position of South Africa | Source |
|---|---|---|---|---|---|
| Sept. 24, 2005 | IAEA | GOV/2005/77 | Declaring Iran in non-compliance with the Non-Proliferation Treaty and deciding to refer the issue to the Security Council, but setting no time frame for the referral. | South Africa Abstained | Congressional Research Service, RL32048, Iran: U.S. Concerns and Policy Responses (March 2, 2012). |
| Nov. 24, 2005 | IAEA |  | South Africa, as part of the Board of Governors, abstained from the decision to refer Iran to the UN Security Council. | South Africa Abstained | Anne Bayefsky, 2005 Report Card on the UN and Iran: Grade F, EYE ON THE UN, *available at* http://www.eyeontheun.org/print/default.asp?http://www.eyeontheun.org/editor.asp?p=177&b=1.<br><br>Give Iran more time, says SA's IAEA member, SABC NEWS, Nov. 24, 2005, *available at* http://196.35.74.234/politics/government/0,2172,116917,00.html.<br><br>Nov. 24, 2005 Statement of South Africa's IAEA Representative A.S. Minty to IAEA Board of Governors, *available at* http://www.dfa.za/docs/speeches/2005/mint1124.htm. |
| Feb. 4, 2006 | IAEA | GOV/2006/14 | Referring Iran to UNSC. | IAEA Board of Governors voted 27-3 in favor of referral.  South Africa Abstained. | Congressional Research Service, RL32048, Iran: U.S. Concerns and Policy Responses (March 2, 2012).<br><br>Elaine Sciolino, World Nuclear Panel to Refer Iran to U.N. Security Council, N.Y. TIMES, Feb. 4, 2006, *available at* http://tinyurl.com/7y5k8bm. |

| Date | Entity | Resolution | Subject Matter | Position of South Africa | Source |
| --- | --- | --- | --- | --- | --- |
| July 31, 2006 | UNSC | S/RES/1696 | Demanding suspension of enrichment related and reprocessing activities. Calling for imposition of sanctions against transfers that could contribute to nuclear program. | South Africa was not a member of the UNSC at this time. | United Nations, Security Council Membership, *available at* http://www.un.org/sc/members.asp. |
| Dec. 23, 2006 | UNSC | S/RES/1737 | Imposing sanctions | South Africa was not a member of the UNSC at this time. | United Nations, Security Council Membership, *available at* http://www.un.org/sc/members.asp. |
| Mar. 24, 2007 | UNSC | S/RES/1747 | Continuing sanctions | South Africa voted in favor (vote was unanimous). | United Nations Bibliographic Information System, Voting Record on S/RES/1747 (2007), *available at* http://tinyurl.com/7nea8z2. |
| Mar. 3, 2008 | UNSC | S/RES/1803 | Continuing sanctions, and requiring Iran to cease and desist from any and all uranium enrichment. Requiring Iran to stop any research and development associated with centrifuges and uranium enrichment. | South Africa voted in favor. | United Nations Bibliographic Information System, Voting Record on S/RES/1803 (2008), *available at* http://tinyurl.com/6u6a2yr. |
| Sept. 27, 2008 | UNSC | S/RES/1835 | Calling on Iran to comply with Non-Proliferation Treaty. | South Africa voted in favor. | United Nations Bibliographic Information System, Voting Record on S/RES/1835 (2008), *available at* http://tinyurl.com/86syxkj. |