# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş., and EAST ASIAN CONSORTIUM B.V.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MTN GROUP, LTD., and MTN INTERNATIONAL (MAURITIUS) LTD.,<br><br>    Defendants. | Civil Action No. 12-479 (RBW) |

## ORDER

The Court having heard from the parties during a telephonic conference held on May 9, 2012, and having considered the plaintiffs' request to issue a Rule 45 subpoena to the Westin Hotel of Georgetown to obtain and preserve security video footage from April 29, 2012, it is hereby

**ORDERED** that the plaintiffs' request to issue the subpoena as described by the plaintiffs is **GRANTED**. It is further

**ORDERED** that no party shall engage in further discovery prior to the Court's decision on the defendants' forthcoming motion to dismiss or a Rule 26(f) conference of the parties absent exigent circumstances, such as the imminent destruction of evidence.

**SO ORDERED** this 14th day of May, 2012.

REGGIE B. WALTON<br>
United States District Judge