**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TURKCELL İLETIŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., <br><br> Plaintiffs, <br> v. <br><br> MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> )  Civil Action No. 12-479 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants MTN Group, Ltd. and MTN International (Mauritius) Ltd.


Dated:  May 15th, 2012                    /s/ Timothy P. Harkness
                              Timothy P. Harkness (*admitted pro hac vice*)
                              FRESHFIELDS BRUCKHAUS DERINGER
                              US LLP
                              601 Lexington Avenue
                              New York, NY 10022
                              Telephone:  (212) 277-4000
                              Facsimile:  (212) 277-4001
                              timothy.harkness@freshfields.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appearance of Counsel was served by the automatic notice of filing sent by the CM/ECF software to counsel, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court for the District of Columbia, this 15th day of May, 2012 on:

David J. Farber (#415899)
Read K. McCaffrey (# 413837)
Kristen M. Jarvis Johnson (# 985032)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

/s/ Timothy P. Harkness