# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., <br><br> Plaintiffs, <br><br> v. <br><br> MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., <br><br> Defendants. | Civil Action No. 12-00479 (RBW) |

### NOTICE OF DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY THIS COURT SHOULD NOT COMPEL TURKCELL TO CONSENT AND FOR AN ORDER TO EXPEDITE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion for an Order to Show Cause as to Why this Court Should Not Compel Turkcell to Consent and For an Order to Expedite (the "Motion"), the Declaration of Timothy P. Harkness, dated May 25, 2012, and the exhibits attached thereto, and the Declaration of Sylvia Noury, dated May 24, 2012, and the exhibits attached thereto, MTN Group, Ltd. and MTN International (Mauritius) Ltd. (collectively "MTN"), by their undersigned counsel, hereby moves for an Order (1) requiring the plaintiffs to show why they should not consent to submitting to this Court certain documents in the above-captioned action or in the alternative, seeking an *in camera* review by the Court of those documents, (2) expediting the consideration and briefing on this Motion, and (3) granting such other and further relief as this Court may deem just and proper.

MTN has filed this Motion requesting an order to show cause on an expedited basis in light of MTN's impending deadline of June 1, 2012 to file a motion to dismiss plaintiffs' claims. The relief that MTN's seeks through this Motion will permit MTN to use an award (the

"Award") in this litigation that the International Court of Arbitration of the International Chamber of Commerce issued on April 17, 2012. The Award was issued in an arbitration between plaintiffs an MTN's privy, and, as described further in the attached Memorandum of Points and Authorities, MTN believes that the Award is dispositive of plaintiffs' principal claims in this case. If this Court grants this Motion, MTN's motion to dismiss will include an argument relying on the Award. Because this argument would constitute a significant basis for MTN's motion to dismiss Turkcell's claims, MTN requests that the Court address this Motion on an expedited basis and require Turkcell to file its response no later than Tuesday, May 28, 2012.

| | | |
|---|---|---|
| Dated: | Washington, D.C.<br>May 25, 2012 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | | By:   /s/ Timothy J. Coleman<br>Timothy J. Coleman (#436415)<br>Timothy P. Harkness (admitted *pro hac vice*)<br>Pamila Gudkov (admitted *pro hac vice*)<br>Mia L. Havel (#994371)<br>701 Pennsylvania Avenue, N.W., Suite 600<br>Washington, D.C. 20004-2692<br>tim.coleman@freshfields.com<br>timothy.harkness@freshfields.com<br>mila.gudkov@freshfields.com<br>mia.havel@freshfields.com |