UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

### PLAINTIFFS' NOTICE OF INTENT TO FILE

Plaintiffs, Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V., by their undersigned counsel, in partial response to Defendants' Motion for an Order to Show Cause filed today, May 25, 2012, respectfully advise this Honorable Court that Plaintiffs will indeed file a response on or before Tuesday, May 28, 2012.

          Respectfully submitted,

          /s/ Kristen M. Jarvis Johnson
          Read K. McCaffrey, Esq. (# 413837)
          David J. Farber, Esq. (# 415899)
          Kristen M. Jarvis Johnson, Esq. (# 985032)
          PATTON BOGGS LLP
          2550 M Street, NW, Washington, DC  20037
          Phone:  (202) 457-6000 | Fax:  (202) 457-6315
          rmccaffrey@pattonboggs.com
          dfarber@pattonboggs.com
          kmjohnson@pattonboggs.com
          *Counsel for Plaintiffs*

Date:  May 25, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing Opposition Plaintiffs' Notice of Intent to File with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on May 25, 2012, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court of the District of Columbia, with electronic service to:

    Timothy Coleman, Esq.
    Mia Havel, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    701 Pennsylvania Ave. NW, Suite 600
    Washington, DC 20004-2692
    tim.coleman@freshfields.com
    mia.havel@freshfields.com

    Pamila Gudkov, Esq.
    Timothy Harkness, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    600 Lexington Ave.
    New York, NY 10022
    mila.gudkov@freshfields.com
    timothy.harkness@freshfields.com

    *Counsel for Defendants*

                                        <u>/s/ Kristen M. Jarvis Johnson</u>