**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>   Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>   Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

**DECLARATION OF DAVID J. FARBER IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 1746, I, David J. Farber, do hereby swear and affirm under penalty of perjury that I am over eighteen years of age, competent to testify, and that the following information is based on my personal knowledge:

1.   I am an attorney at Patton Boggs LLP, which is serving as counsel to Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V. (together, "Turkcell") in the above-captioned matter.

2.   I first met with Christian Kilowan to interview him regarding his experience as MTN's Iran Director and the startup of MTN-Irancell on October 17, 2011. (Mr. Kilowan testified it was November, but his dates were off by a few days.) Mr. Kilowan had prior to that time only spoken with Turkcell on a limited basis with regard to the ongoing Bilateral Investment Treaty arbitration between Turkcell and the Iranian government. Without revealing what was discussed, I can state that Mr. Kilowan had, prior to October 2011, only provided extremely limited

    information about the Turkcell and MTN interactions with the Iranians with regard to the Second GSM License.

3.     During the October meeting, Mr. Kilowan for the first time provided Turkcell with specific details and thousands of pages of documents regarding MTN's bribery of Iranian and South African government officials, trading in political influence, promises relating to the South African vote at the International Atomic Energy Agency, and MTN's funding of their local partners' shares of the license fee and capital requirements.

4.     For example, this was the first time Mr. Kilowan had ever shared with Turkcell or its counsel specific details regarding the bribes to Javid Ghorbanoghli and Yusuf Saloojee.

5.     This evidence, and the facts and claims, have never before been litigated against MTN by Turkcell.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2012 in Washington, D.C.

                                              /s/ David J. Farber