**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., <br><br>   Plaintiffs, <br> v. <br><br> MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 12-00479 (RBW) |

**DECLARATION OF TIMOTHY P. HARKNESS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY THIS COURT SHOULD NOT COMPEL TURKCELL TO CONSENT AND FOR AN ORDER TO EXPEDITE**

Pursuant to 28 U.S.C. § 1746, I, Timothy P. Harkness, declare the following:

1. I am an attorney and a partner of the firm of Freshfields Bruckhaus Deringer US LLP.  I submit this declaration in support of Defendants' Reply in Support of Defendants' Motion for an Order to Show Cause as to Why This Court Should Not  Compel Turkcell to Consent and for an Order to Expedite (the "Motion") filed in Civil Action Number 12-00479 (RBW).

2. Defined terms not otherwise defined herein have the definitions ascribed to them in the Memorandum of Points and Authorities filed in support of the Motion.

[*the remainder of this page is intentionally blank*]

3. Christian Kilowan's deposition was conducted on April 30, May 1, and May 2, 2012. A copy of the relevant portions of Mr. Kilowan's deposition testimony is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           May 30, 2012

                                By: /s/ Timothy P. Harkness_____
                                    Timothy P. Harkness
                                    601 Lexington Avenue, 31st Floor
                                    New York, NY 10022
                                    (212) 277-4000
                                    timothy.harkness@freshfields.com