# Exhibit A

Page 753

1  yesterday?
2      A   No.
3      Q   Do you know whether he is related in any
4  way to the other Mr. Riahi?
5      A   I have no idea.
6      Q   On the following page you will see at
7  the bottom the reply.  I'm sorry.  Let me make
8  sure if it's a reply.  Let me withdraw that.
9          CK00321 --
10     A   Uh-huh.
11     Q   -- is signed with a signature of Eng. R.
12  Riahi.  And it says above that name "D.M.D. for
13  Comm Aff."  Do you know what that means?
14     A   Deputy minister of defense for
15  commercial affairs.
16     Q   Do you know who that person is?
17     A   No.
18     Q   On the next page CK00322, on the page
19  numbered CK00323, the earliest e-mail is dated
20  May 3rd 2004.
21         Do you have any knowledge of the
22  circumstances of that e-mail being sent or the

Page 754

1  reply at the top of the page?
2      A   None whatsoever.
3      Q   And by the way, were you acquainted with
4  Mr. Victor Moche of Denel?
5      A   No.
6      Q   Switching gears, again, Mr. Kilowan.
7  You were asked some questions yesterday about
8  eavesdropping.
9      A   Yep.
10     Q   You testified about the requirements for
11  lawful intercept to the Irancell license, right?
12     A   That is correct.  Yes.
13     Q   Turkcell would have been subject to the
14  same licensing requirements as MTN Irancell was
15  for lawful intercepts, correct?
16     A   Yes.
17         MR. FARBER:  Objection.
18         THE WITNESS:  Yes.
19  BY MR. COLEMAN:
20     Q   You don't have any knowledge of MTN
21  employees in Iran being involved in targeting
22  political dissidents in Iran, do you?

Page 755

1      A   When?
2      Q   At any time.
3      A   No, I don't.
4      Q   You testified --
5      A   You mean MTN employees or MTN Irancell
6  employees?
7      Q   MTN employees.
8      A   No, I don't.
9      Q   You testified about a report to the
10  board regarding the MMS filtering system.
11     A   Yes.
12     Q   That was a report to the Irancell board,
13  correct?
14     A   That is correct.  MTN Irancell board.
15     Q   It was not a report to the MTN Group
16  board, correct?
17     A   MTN had three directors on the MTN
18  Irancell board.
19     Q   You testified about a meeting in South
20  Africa between Mr. Rowhani and President Mbeki.
21  Were you present for that meeting?
22     A   The meeting between President Mbeki and

Page 756

1  Mr. Rowhani?
2      Q   Yes.
3      A   No.
4      Q   Do you know if they in fact met?
5      A   Yes, they did, in fact, meet.
6      Q   What is your basis for that knowledge?
7      A   The report that was given to me by
8  Ambassador Saloojee, who was present at that
9  meeting.
10     Q   What did Mr. Saloojee -- Ambassador
11  Saloojee tell you?
12     A   He told just me they met; they discussed
13  the nuclear program.  President Mbeki indicated,
14  "Look, we will, at all times, do what is in the
15  interest of South Africa.  We do support Iran in
16  its peaceful nuclear program, and we will talk
17  to the other members of the Non-Aligned
18  Movement."  That was the essence of what he
19  reported to me.
20     Q   Did Ambassador Saloojee tell you whether
21  anyone else participated in that discussion?
22     A   No, he didn't.

Page 757

1  Q  And you don't know one way or the other
2  if they did?
3  A  No, I don't know.
4  Q  Did he tell you how long the meeting
5  lasted?
6  A  No.  We didn't discuss time.
7  Q  Do you know whether there are any
8  minutes of that meeting?
9  A  I would guess so, but I don't know.  I
10 don't have any personal knowledge of those
11 minutes.
12 Q  Have you ever seen any written record of
13 that meeting?
14 A  No.
15 Q  You also testified about a meeting
16 between -- withdrawn.  We already covered that.
17    You talked about a meeting between
18 President Mbeki in Iran with Iranian officials.
19 A  No.  President Mbeki never came to Iran.
20 Q  So was it your testimony that there was
21 a discussion of such a trip and it never
22 happened?

Page 758

1  A  Yes.
2  Q  Well, let's go to November 20, 2005,
3  when you went to see Dr. Fardis.
4  A  Yes.
5  Q  You said that Mr. Dezfoulie was there as
6  well?
7  A  That is correct.  Yes.
8  Q  Was there anyone else there?
9  A  No.  No.
10 Q  Where did this meeting happen?
11 A  At Fardis' office in the Ministry of
12 Information and Communication, MICT ministry.
13 Q  What time of day was that?
14 A  I can't recall.  But I think it was
15 after -- after 12:00, after lunch.  It was in
16 the afternoon.  It wasn't in the morning.
17 Q  When you arrived at Dr. Fardis' office,
18 was Mr. Dezfoulie already there?
19 A  No.  We went together in the car, in his
20 car.
21 Q  And you testified that when -- that he
22 and Mr. -- excuse me.  Let me try that again.

Page 759

1     You testified that Dr. Fardis and
2  Mr. Dezfoulie were speaking with each other in
3  Farsi, correct?
4  A  Yes.
5  Q  You could not understand what they were
6  saying, correct?
7  A  No.
8  Q  You said that Dr. Fardis showed you a
9  letter?
10 A  I then asked him -- I then asked him
11 what is happening.  Because I could see from
12 Mr. Dezfoulie's reaction and his body language
13 that there was something wrong.  So I asked him
14 "what is happening?"
15 Q  Let me ask you about the letter.  Did
16 you -- did he hand it to you?
17 A  Yes.  He gave it to me.
18 Q  Did you look at it?
19 A  I looked at it, yeah.
20 Q  Could you describe it?
21 A  It was in Farsi.  It had a -- some sort
22 of logo on it, but it was in Farsi.

Page 760

1  Q  How many pages was it?
2  A  One page.
3  Q  What did Dr. Fardis tell you about what
4  the document said?
5  A  He said it was a letter from the Foreign
6  Ministry.  The Foreign Ministry has told him
7  that he should not -- the letter says that he
8  should not issue the license until after the
9  vote in the International Atomic Agency that is
10 going to be held later in that month.  That was
11 -- that is what he told me.
12 Q  Did Dr. -- did -- excuse me.  Withdrawn.
13    Did Mr. Dezfoulie read the document?
14 A  Yes, he did.
15 Q  Did he tell you what it said?
16 A  He confirmed what it said.
17 Q  You testified that you, later that day
18 or that week, went to Ambassador Saloojee's
19 house.  You said he was talking to Abdul in
20 Geneva and Vienna.  He was talking to the
21 president's office.  Abdul is Ambassador Minty?
22 A  That is correct.

36 (Pages 757 to 760)

Page 761

1  Q  Did you participate in any of those
2  conversations?
3  A  No.
4  Q  Were you present when he was having
5  those conversations?
6  A  No.
7  Q  So you didn't hear either his side of
8  the conversation or any part of the
9  conversation?
10 A  No.
11 Q  You testified that Ms. Charnley was
12 calling you constantly asking you what was
13 happening and then she mentioned she had been in
14 touch with government officials in South Africa.
15 A  That is correct. Yes.
16 Q  And you didn't participate in any of
17 those communications, did you?
18 A  No.
19 Q  You testified that South Africa
20 abstained in an IAEA vote.
21 A  Yes.
22 Q  What is your basis for saying that?

Page 762

1  A  It was reported in the newspapers.
2  Q  Did you read the minutes of the meeting?
3  A  Which minutes?
4  Q  Of the IAEA meeting.
5  A  No, I didn't.
6  Q  Now, in your view, Mr. Kilowan, did
7  anything MTN did -- did anything MTN did cause
8  the South African government to change its
9  policy on supplying military equipment to Iran?
10 A  First of all, I don't know what the
11 South African government's policy was in detail
12 before Irene started talking to Minister Lekota.
13 I don't know why -- how it was changed. So I
14 can't answer you that.
15 Q  And as far as you know, did anything MTN
16 did cause the South African government to change
17 its policy on the development of nuclear energy
18 by Iran?
19 A  The South African government has always
20 supported that program. And I don't think that
21 they have changed.
22 Q  So the answer to the question would be

Page 763

1  no?
2     MR. FARBER: Objection.
3  Q  The answer is no?
4  A  Yes. The answer is no.
5     MR. FARBER: Objection to that question
6  too.
7  BY MR. COLEMAN:
8  Q  MTN did not promise to change the South
9  African government's policy, correct?
10    MR. FARBER: Objection.
11    THE WITNESS: It did. It did indeed do
12 that.
13    MR. FARBER: Objection withdrawn.
14 BY MR. COLEMAN:
15 Q  MTN never had the ability to change the
16 South African government's policy, did it?
17 A  It did.
18 Q  MTN didn't promise to cause South Africa
19 to violate any law or international agreement on
20 nuclear nonproliferation, did it?
21 A  No.
22 Q  Not to your knowledge?

Page 764

1  A  Not to my knowledge.
2  Q  MTN did not cause or promise to cause
3  President Mbeki, Ambassador Minty or any other
4  South African government official to violate
5  their official duties, did it?
6     MR. FARBER: Objection. Compound.
7     THE WITNESS: They did promise that to the
8  Iranians.
9     MR. FARBER: Objection withdrawn.
10 BY MR. COLEMAN:
11 Q  What was the official duty in your
12 testimony that MTN caused to be violated?
13 A  Your question was did MTN promise?
14 Q  Uh-huh.
15 A  And I said, yes, MTN did promise.
16 Q  What was the official duty that MTN
17 promised to cause to be violated?
18 A  To act in the best interest of South
19 Africa at all times, and not to act in the
20 interest of commercial entities. MTN promised
21 that to the Iranians, that they would do that.
22 Q  MTN never gave President Mbeki any money

37 (Pages 761 to 764)

Page 809

1  Q  Was it your understanding that you would
2  stay on until November 1st?
3  A  Until November 1st of --
4  Q  2007.
5  A  No.  I had -- I think I had a -- my
6  contract expired, I think, in May or June 2007.
7  And then I was negotiating a new contract to go
8  to Dubai.
9  Q  Now, just a little further down in this
10 paragraph it says "during 2006 I wrote two
11 memoranda to Irene in which I clearly and
12 objectively set out my reasons for this
13 conclusion."  And the conclusion being that
14 Jyoti was the wrong COO, is that correct?
15 A  That is correct.  Yes.
16 Q  If you look at your recommendations on
17 the last page, you recommended that -- it says
18 "recommendations A)" it says that you're
19 recommending that Jyoti be deployed elsewhere in
20 the group, is that right?
21 A  That is correct.  Yes.
22 Q  Was Jyoti deployed elsewhere in the

Page 810

1  group in 2007?
2  A  No.
3  Q  Did you get a response to this
4  memorandum?
5  A  From Phuthuma?
6  Q  Yes.
7  A  No.
8     MR. HARKNESS:  Can we mark this, please.
9     (Thereupon, Exhibit Number 66 was marked
10    for identification purposes.)
11 Q  This is -- I'm showing you what has been
12 marked as Exhibit 66, which bears the Bates
13 number CK6104 through 6105.
14    Is this a document that you created?
15 A  Yes.
16 Q  If you look on the front page it says
17 "date created 6/06/2007."
18 A  Yes.
19 Q  Is this a document that was created on
20 or around June 6, 2007?
21 A  Yes.  Yes.
22 Q  While we are just talking about this,

Page 811

1  let me ask you a couple questions about your
2  computers.
3     How many computers did you have prior to
4  November 1st 2007 on which you did MTN related
5  work?
6  A  Two.  Two computers.
7  Q  Were they desk tops or lap tops?
8  A  One desk top and one lap top.
9  Q  When you left MTN, did you retain
10 possession of both computers?
11 A  No.
12 Q  Did you retain possession of the lap
13 top?
14 A  Yes.
15 Q  What happened to the desk top, do you
16 know?
17 A  I don't know.
18 Q  Do you still retain the same lap top
19 today?
20 A  No.
21 Q  Did there come a point where you
22 switched lap tops?  Do you still have a lap

Page 812

1  top -- strike that.
2     Do you have a lap top now?
3  A  Yes.  I have three lap tops now, yes.
4  Q  So what did you do with the data on the
5  lap top on which you had MTN related
6  information?
7  A  I took it all off and on to a memory
8  stick.
9  Q  Did you use a particular program to do
10 that or you just used Windows to transfer --
11 A  I just transferred it.
12 Q  And where did you do that transfer?
13 A  I think sometime in 2009, if I'm not
14 mistaken.  That is when -- yeah, 2009.
15 Q  Where did you store the memory stick
16 from 2009 through December 2010?
17 A  Where did I store it?  I keep it in my
18 lap top in my backpack.
19 Q  And there came a point where you
20 provided documents to Turkcell or its lawyers,
21 correct?
22 A  Current lawyers, or the lawyers in the

49 (Pages 809 to 812)

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 813

1  arbitration?
2  Q  At this point I am going to be -- I
3  don't really -- well, let me ask the question a
4  different way.
5      Did there come a time where you gave the
6  documents to lawyers working on behalf of
7  Turkcell?
8  A  Yes.
9  Q  When was that?
10  A  That was in the beginning of 2011.  It
11  might have been February, March 2011.
12  Q  Did you -- how did you transfer the
13  files?
14  A  I gave them the memory stick and they
15  transferred it on to their computers.
16  Q  Did they give you the memory stick back?
17  A  Yes.
18  Q  Do you still have the original of the
19  memory stick?
20  A  Yes.
21  Q  After that original -- after February or
22  March 2011 did you ever give the memory stick

Page 814

1  back to lawyers working for Turkcell to copy the
2  documents again?
3  A  Yes.  I gave -- at a later stage I gave
4  it to some other lawyers.
5  Q  Which other lawyers?
6  A  The lawyers Patton Boggs.
7  Q  When did you do that?
8  A  I think -- I can't remember.  Must have
9  been -- could have been around July or
10  August 2011.  I'm not sure.
11  Q  And did they give you back the original
12  of the memory stick?
13  A  Yes.
14  Q  Other than those two instances, has
15  anyone copied the memory stick since
16  December 2010?
17  A  Well, I made copies of that memory
18  stick, yeah.
19  Q  Why did you do that?
20  A  To preserve more than one memory stick
21  with the information.
22  Q  Have you provided the memory sticks that

Page 815

1  you created to anyone other than lawyers for
2  Turkcell?
3  A  No.
4  Q  And have you provided any of the
5  documents on that memory stick to anyone other
6  than lawyers for Turkcell?
7  A  When?
8  Q  At any point, since December 2010.
9  A  No, not that I can recall.
10  Q  Turning to Exhibit --
11  A  Except -- hang on.  I think in 2010, end
12  of 2010 or beginning of 2011 I sent the
13  authorization that Phuthuma had given to Irene,
14  as well as a copy of the Ghorbanoghli agreement,
15  I sent that to Shauket Fakie.  I think it was
16  December 2010 or beginning 2011.
17  Q  Other than that instance, providing
18  documents to Turkcell's lawyers in March and
19  then later in the year in 2011, have you
20  provided any documents on that memory stick to
21  anyone?
22  A  Well, there are other documents on that

Page 816

1  memory stick, not only these documents.  It is a
2  32 gigabyte -- so I am using it also for other
3  things.  So but the Turkcell document -- the MTN
4  documents, I can't recall that I have given
5  anything to anyone else.
6  Q  Are there any MTN related documents on
7  your memory stick that you did not provide to
8  Patton Boggs or other lawyers working for
9  Turkcell?
10  A  No.  It is a just complete dump of all
11  that information.
12  Q  You gave Turkcell complete access to
13  that data stick?  You just handed it to them and
14  let them copy --
15  A  No.  They were doing it in front of me.
16  Yeah.
17  Q  So you could see the files they were
18  selecting?
19  A  No.  I didn't see the files, but they
20  put the memory stick and they sent a copy over
21  to the lap top -- on to the folder on the desk
22  top.

50 (Pages 813 to 816)

Page 861

1    Q   And on the fourth paragraph here it says
2  "when it became clear that you have no intention
3  of proceeding with the project, he was hugely
4  embarrassed and under a lot of pressure."
5       Is that a fair and accurate
6  characterization of the situation?
7    A   That is correct.  Yeah.
8    Q   Were you hugely embarrassed as well?
9    A   No.
10   Q   You had no embarrassment over this?
11   A   No, I wasn't embarrassed.  I was
12 concerned.
13   Q   But there had been embarrassment with
14 regard to the MTN Foundation not going forward,
15 correct?
16   A   Yes.
17       (Interruption by the court reporter.)
18   Q   But there had been embarrassment with
19 regard to the MTN Foundation not going forward.
20       Okay.  Turning to the third page.  It
21 says "pressure from our other friend for more,
22 and putting me in the middle of that."

Page 862

1        Do you see where I am reading?
2    A   Yes.
3    Q   It says one, two, three, four, five
4  paragraphs down, "in the instances where I have"
5  -- strike that.
6        Third one down, it says "I've also kept
7  him onboard giving him a directorship in my SA
8  company."
9        I think we have gone over this an hour
10 or so ago.  This is the directorship that Mr.
11 Ghorbanoghli got?
12   A   That is correct.
13   Q   Then the next two paragraphs down it
14 says "in the instances where I have been asked
15 to share even historical information about MTN
16 Irancell, I have always maintained the position
17 that I left all my files in the MTN Iran office
18 and cannot recall any of the information."
19       In what instances had you been asked to
20 share even historical information about MTN
21 Irancell prior to 30 July 2008?
22   A   By the consultants preparing the tender

Page 863

1  for the third mobile license.
2    Q   And had you -- who were those
3  consultants?
4    A   Teyf.  Teyf Consulting.
5    Q   Had you told Teyf Consulting that you
6  had left all your files in the MTN Iran office?
7    A   Yes.
8    Q   And that wasn't true, was it?
9    A   Yes, it was true.
10   Q   You kept them in this hard drive that
11 you told us about, right?
12   A   Yes.
13   Q   And that was in the MTN office or was
14 that in your home?
15   A   Those files that dealt with the -- if
16 you look at those files dealing with the then
17 current information subscriber numbers in
18 2007/2008, I had left in my office.
19   Q   Well, it says here "I have always
20 maintained the position that I left all my files
21 in the MTN Iran office and cannot recall any of
22 the information."

Page 864

1    A   I told them that.  Whether it is a lie
2  or not -- or truth, I told him.
3        MR. FARBER:  Objection.
4  BY MR. HARKNESS:
5    Q   And what -- I'm just saying, that was a
6  lie, wasn't it?
7        MR. FARBER:  Objection.
8    A   I didn't want to disclose the
9  information.
10   Q   And so you lied, correct?
11   A   No, I didn't lie.  I didn't disclose the
12 information.
13       MR. FARBER:  Objection.
14   Q   Did you tell the Teyf people that you
15 had left all of your files -- all of your files
16 in the MTN Iran office?  Did you tell them that,
17 "yes" or "no"?
18   A   Yes.
19   Q   And you had in fact taken files on your
20 hard drive out of the MTN Iran office at the
21 time, "yes" or "no"?
22   A   Not all of my files.

62 (Pages 861 to 864)

Page 865

1  Q  I didn't say all. But you had taken MTN
2  files out of MTN when you left, correct?
3  A  That is right. Yes.
4  Q  So if you told Teyf that you had left
5  all your files at the MTN Iran office, that
6  wasn't true?
7  A  Oh, oh, yes --
8     MR. FARBER: Objection.
9     THE WITNESS: -- it wasn't, no.
10 Q  And you also told him that you could not
11 recall any of the information, right?
12 A  Yes.
13 Q  That wasn't true either?
14 A  No, I could not recall it.
15 Q  Can you recall it now?
16 A  No.
17 Q  Can you recall any information about
18 your time at MTN now?
19 A  Yes.
20 Q  You just spent three days testifying
21 about it.
22 A  All -- all based on documents that were

Page 866

1  given to me.
2  Q  Let's move on on this document. The
3  next page, the top says "the fact of the matter
4  is that I gave you my word that I would help you
5  solve some of the outstanding issues, and you
6  will agree that up til March of this year I have
7  certainly kept you informed of any developments.
8  This was until I was advised that you had
9  decided to cut me off and give instructions that
10 I should be excommunicated from MTN Irancell."
11 A  Yes.
12 Q  Were you advised that Phuthuma had
13 decided to cut you off?
14 A  Yes.
15 Q  Who advised you of that?
16 A  One of my friends in MTN Irancell.
17 Q  And what is that person's name?
18 A  I can't tell you. I won't tell you.
19 Q  Do you remember the person's name?
20 A  Yes, I do.
21 Q  Do you know how to reach out to that
22 person today?

Page 867

1  A  No.
2  Q  You don't know where that person is?
3  A  No. I know where the person is. I know
4  his name, but I don't know how to get ahold of
5  him.
6  Q  And you are not going to tell me?
7  A  No.
8  Q  Did that person tell you that you should
9  be excommunicated from MTN Irancell?
10 A  Not excommunicated. I used the word
11 excommunicated.
12 Q  What word did that other person use?
13 A  He said we should not give you business.
14 Q  Were you asking for business from MTN at
15 the time?
16 A  In 2008 we were looking at introducing a
17 push e-mail project into MTN Irancell, yes.
18 Q  And because a couple paragraphs down in
19 bold you say "in respect of Iran, I, therefore,
20 once again, offer my assistance." So you wanted
21 --
22 A  Yes.

Page 868

1  Q  You wanted to do business with MTN,
2  right?
3  A  No. I was going to assist Phuthuma on
4  the issues that were outstanding, revenue share
5  and the capital restructuring.
6  Q  Were you going to do that for free?
7  A  No. I was going to get paid by
8  Phuthuma.
9  Q  So you wanted to do work to get paid by
10 MTN, correct?
11    MR. FARBER: Objection to form.
12    THE WITNESS: It's a normal business
13 occasion, Mr. Harkness.
14 Q  I am not saying it's not. I am just
15 saying, that is what you wanted.
16    MR. FARBER: Objection to form.
17 Q  Going back to this deposition.
18    How were the dates set for the
19 deposition?
20 A  I don't know.
21 Q  Well, did you talk to Turkcell and say
22 "these are the dates I want?"

63 (Pages 865 to 868)

Page 945

1    hours.
2         Q    Was it a single day?
3         A    Yeah.
4         Q    Then you flew back to Dubai after that?
5         A    Yes.
6         Q    And during the course of that meeting
7    what did you talk about?
8         A    We talked about the BIT arbitration.  I
9    gave them my memory stick.  They transferred it.
10   They printed it.  We started looking through
11   that.
12        Q    Did you -- did you consult your
13   employment agreement with MTN prior to having
14   the meeting?
15           MR. FARBER:  Objection.
16           THE WITNESS:  No.  I don't think so.
17   BY MR. HARKNESS:
18        Q    Did you do anything to see if you had
19   any confidentiality obligations with regard to
20   the document you had taken from MTN when your
21   employment ended?
22        A    No, I didn't.

Page 946

1         Q    Did the lawyers you meet with ask you
2    whether or not you had any confidentiality
3    obligations with regard to the documents you
4    were providing to them?
5         A    They may not or they may have.  I don't
6    know.  I can't remember.  But I gave them the
7    documents.
8         Q    Did you have any discussions with them
9    about the conditions of your cooperation with
10   Turkcell?
11        A    Not with them, no, no.
12        Q    Okay.  Did you ever have any
13   conversations with any representatives of
14   Turkcell, either employees of Turkcell or their
15   lawyers, about the conditions for your
16   cooperation in this -- in this litigation or the
17   two arbitrations?
18        A    No.  They only asked me about helping
19   them with the BIT arbitration.  I just said,
20   "Look, guys, I have a business that I am
21   running.  If I am doing work on this, you're
22   going to have to pay me.  If you want me to fly

Page 947

1    anywhere, you will have to take care of the
2    tickets," and so forth.
3         Q    And what did they say about paying you?
4         A    They say, "yeah."  They will pay me for
5    time spent on any documents, perusing documents,
6    and so forth.
7         Q    So did they pay you to -- for your time
8    in making documents in the BIT arbitration?
9         A    No.  Not -- not on that day.
10        Q    Have they ever paid -- has Turkcell ever
11   paid you any money for the time you spent
12   supporting them in any arbitration or litigation
13   at all?
14        A    BIT, I charged them for every hour I
15   spent on reviewing documents as they send me the
16   draft of the witness statement, and if they
17   asked me to look at this, give us your comment,
18   I will charge them an hourly fee for that.
19        Q    What was your hourly fee?
20        A    My hourly fee on a daily basis was
21   10,000 Dirhams.  So if I spend -- I just pro
22   rata it.  I start with 10,000.  If I spend eight

Page 948

1    hours, I charge them 10,000 Dirhams.  If I spend
2    four hours, I will charge them pro rata of
3    10,000.
4         Q    And how much have you charged Turkcell
5    for your time on any MTN related arbitration or
6    litigation since December 2010?
7         A    I haven't been paid for the MTN
8    litigation.  I have been paid for the BIT
9    arbitration work that I did on perusing
10   documents and making comments.
11            I would say -- I will have to look at my
12   records, but it is -- it is certainly more than
13   about 60, 80,000 -- could be -- yeah -- Dirhams
14   over the period since 2011, beginning of 2011.
15        Q    Do you have -- have you issued invoices
16   for the time?
17        A    Yes.
18        Q    You issued those to whom?
19        A    To the gentleman whom I refuse to name.
20        Q    So you are directly billing Turkcell,
21   not going through the lawyers?
22        A    No.  I am not billing the lawyers.

Page 949

1  Q  So you're directly billing Turkcell?
2  A  Yes.
3  Q  Is this an arrangement to reimburse you
4  for your time that the lawyers were aware of?
5  Were you in the room when you discussed it?
6  Were they in the room when you discussed it?
7  A  No.
8  Q  So this is an arrangement you made
9  directly with Turkcell?
10  A  Yes.
11  Q  And as far as you know, the lawyers
12  weren't aware of it?
13  A  I didn't tell them.
14  Q  And do you have any similar arrangement
15  with regard to the ICC arbitration?
16  A  No, I didn't -- but the ICC arbitration,
17  by the time that I got involved, I think the ICC
18  arbitration has been done, evidence has been
19  done and everything.
20  Q  And have you seen any of the evidence in
21  the ICC arbitration?
22  A  Yeah.  I think they showed me a extract

Page 950

1  from Dr. Farzad's evidence at the, you know,
2  when I met with the lawyers for the BIT.
3  Q  So going back -- and do you have any
4  arrangement for payment for your time in the
5  U.S. MTN litigation?
6  A  No.  I haven't made any such
7  arrangement.
8      MR. FARBER:  Are you volunteering?
9      MR. HARKNESS:  No.
10  BY MR. HARKNESS:
11  Q  Have you -- do you have any arrangement
12  with the person at Turkcell with whom you have
13  been dealing to have a discussion about
14  compensation for your time in the American
15  litigation at some future date?
16  A  We will discuss that after my deposition
17  today, I am sure.  Someone has to pay me for my
18  loss of business.
19  Q  And you expect Turkcell to do that,
20  correct?
21  A  No, not necessarily.  Maybe you guys
22  will share it.

Page 951

1  Q  Have you communicated your expectation
2  that someone has to pay you for your loss of
3  business to Turkcell prior to giving your
4  deposition here today?
5  A  No.  No.
6  Q  Have you communicated a desire to be
7  paid for your time to anyone at Turkcell prior
8  to your deposition?
9  A  No.
10  Q  We have a Turkcell representative in the
11  room.  Is he the person you have been dealing
12  with whose name you will not give me?
13  A  No.
14  Q  Did you consult with anyone between
15  December 10th --
16  A  December 10th?
17  Q  -- 2010, when you were first contacted
18  by Turkcell, and January 18th, 19th or 20th
19  2011, when you called them back, to say you will
20  be interested?  Did you consult with anyone
21  about your decision to cooperate with Turkcell?
22  A  No, no.  I did not consult.  I had a

Page 952

1  discussion with Paul Jenkins, and we were
2  talking generally.  I said to him "if Turkcell
3  approaches me, I am going to go, because
4  Phuthuma has now not paid me my money."
5  Q  And if Phuthuma had paid you your money,
6  you would have reacted different to Turkcell?
7  A  Yeah, of course.  I would not have been
8  angry with MTN.
9  Q  So going back to London.  How did you
10  leave it at the end of your time in the London
11  meeting with the three lawyers, the person from
12  Turkcell and you?
13  A  They said -- I mean, they obviously took
14  a statement.  They said they will let me have
15  the draft statement, that -- in a few days time.
16  There was some discussion about how will it be
17  communicated to me, how will I get it, and so
18  on.  Then they said we will have a follow up
19  meeting.
20  Q  Okay.  And what did you decide about how
21  you would communicate?
22  A  I think the main form of communication

84 (Pages 949 to 952)