# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., <br><br> Plaintiffs, <br> v. <br><br> MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., <br><br> Defendants. | Civil Action No. 12-00479 (RBW) |

## CERTIFICATE OF SERVICE

I, TIMOTHY J. COLEMAN, hereby certify that, on May 30, 2012, I caused a true and correct copy of Defendants' Reply in Support of Defendants' Motion for an Order to Show Cause as to Why this Court Should Not Compel Turkcell to Consent and for an Order to Expedite, and the Declaration of Timothy P. Harkness, dated May 30, 2012, and the exhibit attached thereto to be served upon the parties listed below through the Court's ECF system:

David Farber, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
dfarber@pattonboggs.com

Read K. McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
rmccaffrey@pattonboggs.com

1

Kristen M. Jarvis Johnson, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
kmjohnson@pattonboggs.com

| | | |
|---|---|---|
| Dated: | Washington, D.C.<br>May 30, 2012 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |

     By: /s/ Timothy J. Coleman
        Timothy J. Coleman (#436415)
        701 Pennsylvania Avenue, N.W., Suite 600
        Washington, D.C. 20004-2692
        tim.coleman@freshfields.com