UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TURKCELL İLETİŞIM HIZMETLERI )
A.Ş., and )
EAST ASIAN CONSORTIUM B.V. )
)
Plaintiffs, )
)
v. )  Civil Action No. 12-479 (RBW)
)
MTN GROUP, LTD., and )
MTN INTERNATIONAL (MAURITIUS) )
LTD., )
)
Defendants. )

**FILED**
JUN 1 - 2012
Clerk, U.S. District and
Bankruptcy Courts

## ORDER

The Court having considered the plaintiffs' Motion for Issuance of Letter Rogatory for Service of Process in South Africa, which was filed on May 9, 2012, and the defendants having failed to file a timely opposition thereto, it is

**ORDERED** that the motion is **GRANTED** as conceded.  See L.R. Civ. P. 7(b) ("Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.").

**SO ORDERED** this 25th day of May, 2012.

REGGIE B. WALTON
United States District Judge