UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
TURKCELL İLETIŞIM HIZMETLERI        )
A.Ş., and                           )
EAST ASIAN CONSORTIUM B.V.,         )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 12-479 (RBW)
                                    )
MTN GROUP, LTD., and                )
MTN INTERNATIONAL (MAURITIUS)       )
LTD.,                               )
                                    )
        Defendants.                 )
_____ )

## ORDER

To assist the Court in its resolution of the Defendants' Motion for an Order to Show Cause as to Why this Court Should Not Compel Turkcell to Consent and for an Order to Expedite, it is hereby

**ORDERED** that the defendants shall submit to the Court on or before June 7, 2012, copies of any confidentiality agreements and/or orders relating to the International Chamber of Commerce arbitration that are implicated by their motion.[1]  If deemed necessary, the defendants are granted leave to file any such documents with the Court under seal.

**SO ORDERED** this 4th day of June, 2012.

                                        REGGIE B. WALTON
                                        United States District Judge

---

[1] Based on the parties' briefing, it is unclear whether the defendants' motion implicates a confidentiality agreement, a confidentiality order, or both.  Compare ECF No. 17-15 at 3 (referring to an "undertaking[] in which [defense counsel] agreed to keep . . . materials" relating to the International Chamber of Commerce arbitration "confidential"), with ECF No. 19 at 7 (arguing that the International Chamber of Commerce arbitration "is governed by a confidentiality order," and that the defendants' "averment that only [the plaintiffs'] consent to disclosure is required is not an accurate interpretation of the aforementioned confidentiality order").