UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., <br><br> Plaintiffs, <br> v. <br><br> MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., <br><br> Defendants. | Civil Action No. 12-00479 (RBW) |

**DECLARATION OF TIMOTHY P. HARKNESS**

Pursuant to 28 U.S.C. § 1746, I, Timothy P. Harkness, declare the following:[1]

1.  I am an attorney admitted to practice in New York and a member of the law firm of Freshfields Bruckhaus Deringer LLP ("Freshfields"). I respectfully submit this declaration in further support of the Defendants' Motion for an Order to Show Cause as to Why This Court Should Not Compel Turkcell to Consent and for an Order to Expedite (the "Motion") filed in Civil Action Number 12-00479 (RBW).

2.  I became aware today that Turkcell announced in a public filing with the Securities and Exchange Commission dated May 4, 2012 that EAC lost the ICC Arbitration. In the filing, Turkcell stated:

> Besides, related with GSM tender process, Eastasia one of the partners of the consortium established to participate the tender and a wholly owned subsidiary of the Company, initiated an arbitration process against Iran Economic Development Company ("IEDC"), another partner of the consortium, on 29 April 2008 claiming that IEDC violated the

---

[1] Defined terms not otherwise defined herein have the definitions ascribed to them in the Memorandum of Points and Authorities filed in support of the Motion or in my initial declaration in this case, dated May 24, 2012.

>shareholder's agreement and seeking compensation for damages for the aforementioned breach. The arbitral tribunal rejected the case.

Turkcell Iletisim Hizmetleri, First Quarter 2012 Results (Form 6-K) 47 (May 4, 2012).

The filing is attached as Exhibit A hereto. I believe that this fact is material to the Court's consideration of the Motion because, by publicly stating that Turkcell lost the ICC Arbitration, Turkcell has effectively disclosed at least part of the Award's holding.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, NY
          June 8, 2012

By: /s/ Timothy P. Harkness
Timothy P. Harkness
601 Lexington Avenue
New York, NY 10022
(212) 230-4610
timothy.harkness@freshfields.com