# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKCELL İLETIŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 12-00479 (RBW) |
| v. | ) ) |
| MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, TIMOTHY J. COLEMAN, hereby certify that, on June 8, 2012, I caused a true and correct copy of the Second Declaration of Timothy P. Harkness, dated June 8, 2012, and the exhibit attached thereto to be served upon the parties listed below through the Court's ECF system:

David Farber, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
dfarber@pattonboggs.com

Read K. McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
rmccaffrey@pattonboggs.com

Kristen M. Jarvis Johnson, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
kmjohnson@pattonboggs.com

Dated:	Washington, D.C.	FRESHFIELDS BRUCKHAUS DERINGER US LLP
June 8, 2012

By: /s/ Timothy J. Coleman
Timothy J. Coleman (#436415)
701 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-2692
tim.coleman@freshfields.com

2