UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>     Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>     Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

### PLAINTIFFS' NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V., pursuant to Local Rule 5.1(j) and the ECF filing guidelines, will file under seal with the Clerk's office a Response to this Honorable Court's Sealed Order of June 13, 2012.

Respectfully submitted,

/s/ Kristen M. Jarvis Johnson

Read K. McCaffrey, Esq. (# 413837)
David J. Farber, Esq. (# 415899)
Kristen M. Jarvis Johnson, Esq. (# 985032)
PATTON BOGGS LLP
2550 M Street, NW, Washington, DC 20037
Phone: (202) 457-6000 | Fax: (202) 457-6315
rmccaffrey@pattonboggs.com
dfarber@pattonboggs.com
kmjohnson@pattonboggs.com

*Counsel for Plaintiffs*

Date: June 18, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Plaintiffs' Notice of Filing Under Seal with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on June 18, 2012, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court of the District of Columbia, with electronic service to:

>Timothy Coleman, Esq.
>Mia Havel, Esq.
>FRESHFIELDS BRUCKHAUS DERINGER US LLP
>701 Pennsylvania Ave. NW, Suite 600
>Washington, DC 20004-2692
>tim.coleman@freshfields.com
>mia.havel@freshfields.com
>
>Pamila Gudkov, Esq.
>Timothy Harkness, Esq.
>FRESHFIELDS BRUCKHAUS DERINGER US LLP
>601 Lexington Ave., 31st Floor
>New York, NY 10022
>mila.gudkov@freshfields.com
>timothy.harkness@freshfields.com
>
>*Counsel for Defendants*

/s/ Kristen M. Jarvis Johnson