**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>　　Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

**PLAINTIFFS' NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V., pursuant to Local Rule 5.1(j) and the ECF filing guidelines, will file under seal with the Clerk's office a Reply to Defendants' Response to Order to Show Cause Why Arbitration Materials Should Be Sealed.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Kristen M. Jarvis Johnson

　　　　　　　　　　　　　　　　　　　Read K. McCaffrey, Esq. (# 413837)
　　　　　　　　　　　　　　　　　　　David J. Farber, Esq. (# 415899)
　　　　　　　　　　　　　　　　　　　Kristen M. Jarvis Johnson, Esq. (# 985032)
　　　　　　　　　　　　　　　　　　　PATTON BOGGS LLP
　　　　　　　　　　　　　　　　　　　2550 M Street, NW, Washington, DC  20037
　　　　　　　　　　　　　　　　　　　Phone:  (202) 457-6000 | Fax:  (202) 457-6315
　　　　　　　　　　　　　　　　　　　rmccaffrey@pattonboggs.com
　　　　　　　　　　　　　　　　　　　dfarber@pattonboggs.com
　　　　　　　　　　　　　　　　　　　kmjohnson@pattonboggs.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Date:  June 20, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing Plaintiffs' Notice of Filing Under Seal with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on June 20, 2012, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court of the District of Columbia, with electronic service to:

    Timothy Coleman, Esq.
    Mia Havel, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    701 Pennsylvania Ave. NW, Suite 600
    Washington, DC 20004-2692
    tim.coleman@freshfields.com
    mia.havel@freshfields.com

    Pamila Gudkov, Esq.
    Timothy Harkness, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Ave., 31st Floor
    New York, NY 10022
    mila.gudkov@freshfields.com
    timothy.harkness@freshfields.com

    *Counsel for Defendants*

                                      /s/ Kristen M. Jarvis Johnson