UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V.**, <br><br> Plaintiffs, <br><br> v. <br><br> **MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD.,** <br><br> Defendants. | ) ) ) ) ) **Civil Action No. 12-00479-RBW** ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR ADMISSION OF JESSICA R. SIMONOFF *PRO HAC VICE*

I, Timothy Coleman, am a member in good standing of the bar of this Court. My bar number is 436415. I am moving the admission of my colleague Jessica R. Simonoff to appear *pro hac vice* in this case as counsel for Defendants MTN Group, LTD. and MTN International (Mauritius) Ltd..

Jessica R. Simonoff declares:

1. My full name is Jessica R. Simonoff.

2. My office address is 601 Lexington Avenue, New York, New York 10022. My office telephone number is (212) 277-4000.

3. I am admitted to the bars of New York and the United States District Court for the Southern District of New York. I certify that I have not been disciplined by any bar.

4. I have been admitted to appear *pro hac vice* in this Court zero (0) times within the last two (2) years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP


By: /s/ Timothy Coleman
    Timothy Coleman, Esq.
    D.C. Bar No. 436415
    701 Pennsylvania Ave. NW
    Washington, DC 20004-2692
    202-777-4500
    timothy.coleman@freshfields.com

    Jessica R. Simonoff, Esq.
    600 Lexington Avenue
    New York, NY 10022
    (212) 277-4000
    jessica.simonoff@freshfields.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Motion for Admission of Jessica R. Simonoff *Pro Hac Vice* was served by the automatic notice of filing sent by the CM/ECF software to counsel, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court for the District of Columbia, this 22 day of June, 2012 on:

Read K. McCaffrey, Esq. (Bar No. 413837)
Kristin M. Jarvis Johnson, Esq. (Bar No. 985032)
Rory E. Adams, Esq. (986549)
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
*Attorneys for Plaintiff*

                                              /s/ Timothy Coleman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TURKCELL İLETIŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V.,** ) ) ) ) | |
| **Plaintiffs,** ) | **Civil Action No. 12-00479-RBW** |
| v. ) ) | |
| **MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD.,** ) ) ) | |
| **Defendants.** ) : | |

## ORDER

Upon consideration of the Defendants' Motion for Admission of Jessica R. Simonoff *Pro Hac Vice*, it is this _____ day of ____ , 2012 hereby:

**ORDERED**, that Defendants' Motion for Admission of Jessica R. Simonoff *Pro Hac Vice* is GRANTED; and it is further

**ORDERED**, that Jessica R. Simonoff is admitted to the Bar of the United States District Court for the District of Columbia to serve as co-counsel in the above captioned case.

                                                                  Hon. Reggie Walton
                                                                  United States District Judge