# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TURKCELL İLETIŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>    Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>    Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V.

Dated: August 1, 2012

                                                Respectfully submitted,

                                                /s/ Rory E. Adams
                                                Rory E. Adams (Bar No. 986549)
                                                **PATTON BOGGS LLP**
                                                2550 M Street, N.W.
                                                Washington, DC 20037
                                                Telephone: (202) 457-6311
                                                Facsimile: (202) 457-6315
                                                radams@pattonboggs.com

                                                *Attorney for Plaintiffs*
                                                *Turkcell İletişim Hizmetleri A.Ş.*
                                                *and East Asian Consortium B.V.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2012, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Timothy Coleman, Esq.
  Mia Havel, Esq.
  FRESHFIELDS BRUCKHAUS DERINGER US LLP
  701 Pennsylvania Ave. NW, Suite 600
  Washington, DC 20004-2692
  tim.coleman@freshfields.com
  mia.havel@freshfields.com

  Pamila Gudkov, Esq.
  Timothy Harkness, Esq.
  FRESHFIELDS BRUCKHAUS DERINGER US LLP
  601 Lexington Ave., 31st Floor
  New York, NY 10022
  mila.gudkov@freshfields.com
  timothy.harkness@freshfields.com

  *Counsel for Defendants*

  /s/ Rory E. Adams
  Rory E. Adams (Bar No. 986549)
  **PATTON BOGGS LLP**
  2550 M Street, N.W.
  Washington, DC 20037
  Telephone: (202) 457-6311
  Facsimile: (202) 457-6315
  radams@pattonboggs.com

  *Attorney for Plaintiffs*
  *Turkcell İletişim Hizmetleri A.Ş.*
  *and East Asian Consortium B.V.*