# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>       Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>       Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V.

Dated: August 1, 2012

>     Respectfully submitted,
>
>     /s/ Barry E. Reiferson
>     Barry E. Reiferson (Bar No. 995027)
>     **PATTON BOGGS LLP**
>     2550 M Street, N.W.
>     Washington, DC 20037
>     Telephone: (202) 457-5333
>     Facsimile: (202) 457-6482
>     breiferson@pattonboggs.com
>
>     *Attorney for Plaintiffs*
>     *Turkcell İletişim Hizmetleri A.Ş.*
>     *and East Asian Consortium B.V.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2012, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Timothy Coleman, Esq.
    Mia Havel, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    701 Pennsylvania Ave. NW, Suite 600
    Washington, DC 20004-2692
    tim.coleman@freshfields.com
    mia.havel@freshfields.com

    Pamila Gudkov, Esq.
    Timothy Harkness, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Ave., 31st Floor
    New York, NY 10022
    mila.gudkov@freshfields.com
    timothy.harkness@freshfields.com

    *Counsel for Defendants*

    /s/ Barry E. Reiferson
    Barry E. Reiferson (Bar No. 995027)
    **PATTON BOGGS LLP**
    2550 M Street, N.W.
    Washington, DC 20037
    Telephone: (202) 457-5333
    Facsimile: (202) 457-6482
    breiferson@pattonboggs.com

    *Attorney for Plaintiffs*
    *Turkcell İletişim Hizmetleri A.Ş.*
    *and East Asian Consortium B.V.*