**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TURKCELL İLETİŞIM HIZMETLERI A.Ş. and EAST ASIAN CONSORTIUM B.V.**<br><br>Plaintiffs,<br><br>vs.<br><br>**MTN GROUP, LTD. and MTN INTERNATIONAL (MAURITIUS) LTD.**<br><br>Defendants. | Civil Action No.: 12-cv-00479 (RBW) |

**PLAINTIFFS' NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiffs Turkcell İletişim Hizmetleri A.Ş. and East Asian Consortium B.V., pursuant to the Court's June 13, 2012 Order (Dkt. Entry No. 25) and Local Civil Rule 5.1(j), filed under seal an unredacted version of the Plaintiffs' Opposition to Motion to Dismiss. The sealed document is not available for public view.

    Respectfully submitted,

    /s/ Read K. McCaffrey
    Read K. McCaffrey (# 413837)
    David J. Farber (# 415899)
    Kristen M. Jarvis Johnson (# 985032)
    Barry E. Reiferson (# 995027)
    Rory E. Adams (# 986549)
    PATTON BOGGS LLP
    2550 M Street, NW, Washington, DC  20037
    Phone:  (202) 457-6000 | Fax:  (202) 457-6315
    rmccaffrey@pattonboggs.com
    dfarber@pattonboggs.com
    kmjohnson@pattonboggs.com
    breiferson@pattonboggs.com
    radams@pattonboggs.com
    *Counsel for Plaintiffs*

Date:  August 01, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2012, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Timothy Coleman, Esq.
      Mia Havel, Esq.
      FRESHFIELDS BRUCKHAUS DERINGER US LLP
      701 Pennsylvania Ave. NW, Suite 600
      Washington, DC 20004-2692
      tim.coleman@freshfields.com
      mia.havel@freshfields.com

      Pamila Gudkov, Esq.
      Timothy Harkness, Esq.
      FRESHFIELDS BRUCKHAUS DERINGER US LLP
      601 Lexington Ave., 31st Floor
      New York, NY 10022
      mila.gudkov@freshfields.com
      timothy.harkness@freshfields.com

      *Counsel for Defendants*

      /s/ Read K. McCaffrey
      Read K. McCaffrey (# 413837)
      PATTON BOGGS LLP
      2550 M Street, NW, Washington, DC  20037
      Phone:  (202) 457-6000 | Fax:  (202) 457-6315
      rmccaffrey@pattonboggs.com