# Exhibit D

  

Country  Phone No.          Amount

- Buy Now !
- How it Works
- About Us
- Where to Buy
- Pay with Ukash
- Promotions
- Support
- Local Rates

Login / Register

## Where to Buy

**United Kingdom**
MTN Global Top Up-Available at over 30,000 PayPoint locations in UK!

**United States**
MTN Global Top Up-Available strategic locations in major cities in the United States!

**Canada**
MTN Global Top Up-Available strategic locations in major cities in Canada!

**European Union**
MTN Global TopUp Card -Available at over 20,000 PayPoint locations in UK, Ireland & Italy!



## About Us

Sochitel (http://www.sochitel.com) is a global remittance and value transfer company focused on the opportunities of the Global Top-Up and remittance industries.

Founded in 2006, Sochitel currently provides tens of thousands of purchase and access points - across Europe, Africa, North America and the Arabian Gulf offering, fast, easy and convenient opportunity for Global airtime Top-Up.
Since November 2007, Sochitel UK Ltd has been an MTN distribution partner selling airtime PINs around the world. In 2009, Sochitel switched its distribution strategy to a technology based format by developing their Global Value Transfer GVT© platform. In December 2009, they became the first international Trade partner to connect to MTN's VTU platform. Sochitel currently contributes significantly to MTN's Global Top-Up revenues from around the world.

In November 2010, The MTN Group announced that airtime for all its 21 operations will now be available overseas in over 400,000 outlets following exclusive agreements with Sochitel and another partner.

MTN, which has over 134 million subscribers across its operations in Africa and the Middle East (as at 30 September 2010), mzade the announcement at the annual AfricaCom conference in Cape Town, South Africa

Sochitel has a diverse and comprehensive range of top-up access points for its customers including retail ePOS access points, vending agents, top-up card agents and on-line top-up purchase and mobile to mobile transfer options.
With the delivery of a high-quality customer experience as a priority, Sochitel currently provides hundreds of thousands of purchase and access points - across Europe, Africa, North America and the Arabian Gulf, offering, fast, easy and convenient opportunity for Global airtime Top-Up.
Sochitel believes strongly in fulfilling its commitment to delivering micro remittances and value transfer across the globe - thus connecting family, friends and loved ones, because …A little means a lot!



Sochitel UK Ltd | Terms & Conditions | Contact Us

**Sochitel UK Ltd. Copyright © 2011-2012 MTN Global Top-Up**

SSL certificate