**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TURKCELL İLETİŞIM HIZMETLERI A.Ş. AND EAST ASIAN CONSORTIUM B.V., )<br><br>Plaintiffs, )<br>v. )<br> )<br>MTN GROUP, LTD. AND MTN INTERNATIONAL (MAURITIUS) LTD., )<br> )<br>Defendants. ) | Civil Action No. 12-00479 (RBW)<br><br>Filed under Seal in Part |

## CERTIFICATE OF SERVICE

I, Jessica R. Simonoff, hereby certify that on August 15, 2012, I caused a true and correct redacted copy of the Reply Statement of Points and Authorities in Further Support of Defendants' Motion to Dismiss the Complaint or for a Stay, dated August 15, 2012, with all accompanying redacted attachments and exhibits thereto, to be served upon the parties listed below through the Court's ECF system:

David Farber, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
dfarber@pattonboggs.com

Read K. McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
rmccaffrey@pattonboggs.com

2

Kristen M. Jarvis Johnson, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
kmjohnson@pattonboggs.com

Barry E. Reiferson, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
breiferson@pattonboggs.com

Rory E. Adams, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
radams@pattonboggs.com

I further certify that on August 15, 2012, I caused a true and correct unredacted copy of the Reply Statement of Points and Authorities in Further Support of Defendants' Motion to Dismiss the Complaint or for a Stay, dated August 15, 2012, with all accompanying unredacted attachments and exhibits thereto, to be served upon the same parties through email and overnight courier.

Dated:  New York, NY          FRESHFIELDS BRUCKHAUS DERINGER
        August 15, 2012        US LLP

                              By: /s/  Jessica R. Simonoff_____
                                 Jessica R. Simonoff
                                 601 Lexington Avenue, 31st Floor
                                 New York, NY 10022
                                 jessica.simonoff@freshfields.com