# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TURKCELL İLETIŞIM HIZMETLERI A.Ş., and EAST ASIAN CONSORTIUM B.V., <br><br> Plaintiffs, <br><br> v. <br><br> MTN GROUP, LTD., and MTN INTERNATIONAL (MAURITIUS) LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-479 (RBW) |

## ORDER

On October 17, 2011, the Supreme Court granted certiorari in <u>Kiobel v. Royal Dutch Petroleum Co.</u>, 621 F.3d 111 (2d Cir. 2010), <u>cert. granted</u>, __ U.S. __, 132 S. Ct. 472 (Oct. 17, 2011). Following oral argument in <u>Kiobel</u>, the Supreme Court "restored [the case] to calendar for reargument," and directed the parties "to file supplemental briefs addressing the following question: 'Whether and under what circumstances the Alien Tort Statute, 28 U.S.C. § 1350, allows courts to recognize a cause of action for violations of the law of nations occurring within the territory of a sovereign other than the United States.'" <u>Kiobel v. Royal Dutch Petroleum Co.</u>, __ U.S. __, 132 S. Ct. 1738 (March 5, 2012). The Supreme Court thereafter heard oral reargument on this issue on October 1, 2012.

Because the plaintiffs here premise jurisdiction in this Court under the Alien Tort Statute based on alleged violations of the law of nations that occurred in foreign countries, <u>see</u> Complaint at 1-2, ¶ 23, the Supreme Court's decision in <u>Kiobel</u> could substantially impact the resolution of this case. The Court therefore deems it appropriate to stay the case pending a

decision in Kiobel.  See Graff/Ross Holdings LLP v. Fed. Home Loan Mortg. Corp., __ F. Supp. 2d __, __, 2012 WL 4361551, at *2 (D.D.C. 2012) (noting court's decision to stay case pending Supreme Court decision "which could affect the proceedings of [the] case"); Roane v. Holder, 607 F. Supp. 2d 216, 220 n.2 (D.D.C. 2009) (same); Am. Petroleum Institute v. Johnson, 541 F. Supp. 2d 165, 171 (D.D.C. 2008) (same).

Accordingly, it is hereby

**ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending further Order of the Court.  It is further

**ORDERED** that all pending motions are **DENIED** without prejudice, and will be reinstated once the stay is lifted.  It is further

**ORDERED** that, within fourteen days of the Supreme Court's decision in Kiobel, the parties shall file a joint proposed briefing schedule governing the filing of revised briefs discussing what effect, if any, Kiobel has on this case.

**SO ORDERED** this 12th day of October, 2012.

                                          REGGIE B. WALTON
                                          United States District Judge